*Nelson, Petitioner, v. Erickson et al., Respondents*, No. 92489-9. Petition for review of a decision of the Court of Appeals, No. 71709-0-I, September 14, 2015, 190 Wn. App. 1003. *Granted* March 30, 2016.

*In re Det. of Marcum*, No. 92501-1. Petition for review of a decision of the Court of Appeals, No. 32118-5-III, October 13, 2015, 190 Wn. App. 599. *Granted* March 30, 2016.

*State, Respondent, v. Healy, Petitioner*, No. 92533-0. Petition for review of a decision of the Court of Appeals, No. 31700-5-III, October 20, 2015, 190 Wn. App. 1039. *Granted* and *remanded* to the superior court March 30, 2016.

State, Respondent, v. Graves, Petitioner, No. 92473-2. Petition for review of a decision of the Court of Appeals, No. 46028-9-II, October 9, 2015. *Granted* and *remanded* to the superior court March 30, 2015.

*In re Marriage of Blackmon*, No. 92103-2. Petition for review of a decision of the Court of Appeals, No. 71830-4-I, July 20, 2015, 188 Wn. App. 1058. *Denied* March 30, 2016.

*State, Respondent, v. Cloud, Petitioner*, No. 92250-1. Petition for review of a decision of the Court of Appeals, No. 45579-0-II, September 1, 2015, 189 Wn. App. 1048. *Denied* March 30, 2016.

*State, Respondent, v. Gauthier, Petitioner*, No. 92260-8. Petition for review of a decision of the Court of Appeals, No. 71631-0-I, June 22, 2015, 189 Wn. App. 30. *Denied* March 30, 2016.

*In re Marriage of Develle*, No. 92330-2. Petition for review of a decision of the Court of Appeals, Nos. 44484-4-II and 44614-6-II, May 27, 2015, 187 Wn. App. 1036. *Denied* March 30, 2016.